# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 14-01967 JVS (ANx)                                Date  June 8, 2015

Title  Consumer Financial Protection Bureau v. IrvineWebWorks, Inc.

---

Present: The Honorable     James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Rina Tucker Harris                                       Jeffrey Briggs
Brandis Anderson

**Proceedings:** Scheduling Conference

     Cause called and counsel make their appearances.  The Court and counsel confer.  The Court sets the case management dates with the agreement of counsel as follows:

          **Jury Trial**                                    March 15, 2016 at 8:30 a.m.
            File Findings of Fact and Conclusions of Law by March 7, 2016
          **Final PreTrial Conference**         February 29, 2016 at 11:00 a.m.
            File PreTrial Documents not later than February 22, 2016
            File motions in limine not later than February 1, 2016
          **Discovery Cut-off**                    November 30, 2015
          **Expert Discovery Cut-off**         February 1, 2016
            Initial disclosure of Experts not later than December 14, 2015
            Rebuttal disclosure of Experts not later than January 11, 2016
          **Law and Motion Cut-off**         January 25, 2016 at 1:30 p.m.
            Motions to be filed and served not later than December 28, 2015

     Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is the Magistrate Judge assigned in this action.  The Court orders that any settlement discussions shall be completed not later than October 30, 2015.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

cc: ADR Office

                                                           0  :  06
                              Initials of Preparer     kjt