DAVID RUBENSTEIN, DC Bar #458770
*Deputy Enforcement Director*
FRANK KULBASKI, DC Bar #438917
*Assistant Deputy Enforcement Director*
RINA TUCKER HARRIS, DC Bar #444550 (*Pro Hac Vice*)
(Email: RinaTucker.Harris@cfpb.gov; Phone: 202-435-9196)
NICHOLAS JABBOUR, DC Bar #500626 (*Pro Hac Vice*)
(Email: Nicholas.Jabbour@cfpb.gov; Phone: 202-435-7508)
BRANDIS C. ANDERSON, CA Bar #261325
(Email: Brandis.Anderson@cfpb.gov; Phone: 202-435-7548)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: 202-435-7722

KENT KAWAKAMI, CA Bar #149803 – Local Counsel
(Email: Kent.Kawakami@usdoj.gov; Phone: 213-894-4858)
United States Attorney's Office
Central District of California – Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Fax: 213-894-2380

Attorneys for Plaintiff Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>IrvineWebWorks, Inc. d/b/a Student Loan Processing.US, *et al.*,<br><br>Defendants. | Case No. SACV14-1967-JVS (DFMx)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**HON. JAMES V. SELNA**<br><br>**Hearing Date: January 25, 2016**<br>**Time: 1:30 P.M.**<br>**Place: Courtroom 10C (Santa Ana)** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on Monday, January 25, 2016, at 1:30 P.M., before the Honorable James V. Selna, in Courtroom 10C of the United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, CA 92701-4516, Plaintiff Consumer Financial Protection Bureau will and hereby does move the Court to grant its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and enter the "[Proposed] Judgment," which is being filed concurrently with this notice.

This Motion is made following a conference of counsel pursuant to L.R. 7-3, which took place telephonically on December 18, 2015. Brandis Anderson and Nicholas Jabbour participated on behalf of Plaintiff, and Jeffrey Briggs participated on behalf of Defendants.

This Motion is based upon this notice, Plaintiff's Memorandum of Points and Authorities, Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law, exhibits in support of Plaintiff's Statement of Uncontroverted Facts, the complete files and records of this case, and upon such other and further evidence and/or testimony as may be presented to the Court.

Dated: December 28, 2015

Respectfully submitted,

David Rubenstein
*Deputy Enforcement Director*
Frank Kulbaski
*Assistant Deputy Enforcement Director*

/s/ Nicholas Jabbour
Nicholas Jabbour, DC Bar #500626
(Email: Nicholas.Jabbour@cfpb.gov)
Rina Tucker Harris, DC Bar #444550
(Email: RinaTucker.Harris@cfpb.gov)
Brandis C. Anderson, CA Bar #261325
(Email: Brandis.Anderson@cfpb.gov)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-7548
Fax: (202) 435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau