JEFFREY C. BRIGGS (No. 100369)
BRIGGS LAW OFFICE
Email: jbriggs@jbriggslaw.com
6464 Sunset Blvd.
Suite 715
Hollywood, CA 90028
Phone: (323) 461-5400
Fax: (323) 908-7275

Attorney for Defendants Irvine WebWorks, Inc., dba Student Loan Processing.US, and James Krause

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

Consumer Financial Protection Bureau,

Plaintiff,

vs.

Irvine WebWorks, Inc., d/b/a Student Loan Processing.US, et al.,

Defendants.

CASE NO. 8:14-cv-01967-JVS-DFM

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Hearing Date: January 25, 2016
Hearing Time: 1:30 pm
Hearing Place: Crtrm. 10C

(*Hon. James V. Selna, US District Judge, presiding*)

Defendants Irvine WebWorks, Inc., dba Student Loan Processing.US, and James Krause ("SLP") object to the following evidence submitted by plaintiff in support of its motion for summary judgment:

| | | |
|---|---|---|
| 1. | SJ Ex 23 | Hearsay as to "public inquiries" to DOE; no foundation as to same |
| 2. | SJ Ex 40 | Hearsay as to the appended complaints |

| | |
|---|---|
| 3. SJ Exs 43-45 | Irrelevant (different statutory law) |

Dated: January 4, 2016

JEFFREY C. BRIGGS
BRIGGS LAW OFFICE

By:_________/S/______________________
Jeffrey C. Briggs
Attorneys for Defendants Irvine WebWorks, Inc., dba Student Loan Processing.US, and James Krause