UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES − GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:14−cv−01967−JVS−DFM | Date | 1/26/2016 |
| Title | CONSUMER FINANCIAL PROTECTION BUREAU V. IRVINEWEBWORKS, INC. | | |

Present: The Honorable James V. Selna, U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brandis Anderson | Jeffrey Briggs |
| Nick Jabbour | |

**Proceedings: Defendants Motion for Partial Summary Judgment as to Count 1 of the Complaint and Plaintiffs Motion for Summary Judgment**

Cause called and counsel make their appearances. The Courts tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motions under submission.

:57

Initials of Preparer: kt