RINA TUCKER HARRIS, DC Bar #444550 (*Pro Hac Vice*)
(Email: RinaTucker.Harris@cfpb.gov; Phone: 202-435-9196)
NICHOLAS JABBOUR, DC Bar #500626 (*Pro Hac Vice*)
(Email: Nicholas.Jabbour@cfpb.gov; Phone: 202-435-7508)
BRANDIS C. ANDERSON, CA Bar #261325
(Email: Brandis.Anderson@cfpb.gov; Phone: 202-435-7548)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau

JEFFREY C. BRIGGS (CA Bar #100369)
(Email: jbriggs@jbriggslaw.com; Phone: 323-461-5400)
Briggs Law Office
6464 Sunset Blvd., Ste. 715
Hollywood, CA  90028
Fax: 323-908-7275

Attorney for Defendants IrvineWebWorks, Inc.,
   dba Student Loan Processing.US, and James Krause

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>IrvineWebWorks, Inc. d/b/a Student Loan Processing.US, *et al.*,<br><br>Defendants. | Case No. SACV14-1967-JVS (DFMx)<br><br>**JOINT NOTICE OF SUSPENSION OF JUDGMENT, SUBJECT TO SECTION C OF FINAL ORDER** |

1

Plaintiff Consumer Financial Protection Bureau and Defendants IrvineWebWorks, Inc. d/b/a Student Loan Processing.US and James Krause respectfully provide notice that as of August 19, 2016, Defendants satisfied the payment obligations under Paragraphs 31, 40, and 41 of the Stipulated Final Judgment and Order, which was entered by the Court on March 15, 2016 (Final Order).  Accordingly, as specified in paragraph 30 of the Final Order, full payment of the judgment is suspended, subject to Section C of the Final Order.

Dated: September 26, 2016            Respectfully submitted,

_____/s/_____
Brandis C. Anderson, CA Bar #261325
(Email: Brandis.Anderson@cfpb.gov)
Rina Tucker Harris, DC Bar #444550
(Email: RinaTucker.Harris@cfpb.gov)
Nicholas Jabbour, DC Bar #500626
(Email: Nicholas.Jabbour@cfpb.gov)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-7548
Fax: (202) 435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau

1 | ____/s/_____
2 | Jeffrey C. Briggs, CA Bar # 100369
3 | (Email: jbriggs@jbriggslaw.com)
BRIGGS LAW OFFICE
6464 Sunset Blvd.
Hollywood, CA 90028
Phone: (323) 461-5400
Fax: (323) 908-7275

Attorney for Defendants
IrvineWebWorks, Inc. d/b/a Student Loan Processing.US and James Krause